**No. 46884.**—Protest 807717–G of New York Mdse. Co. (New York).

Opinion by OLIVER, P. J. It was stipulated that the atomizers in question are composed in chief value of decorated glass and are similar to those the subject of Abstract 44140. The claim at 60 percent under paragraph 218 (f) was therefore sustained.

**No. 46885.**—Protest 783367–G of M. Zwiebel (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel and on the authority of Abstract 40493 the claim at 45 percent under paragraph 409 was sustained.

**No. 46886.**—Protest 896475–G of M. Pressner & Co. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel and on the authority of Abstract 40493 the claim at 45 percent under paragraph 409 was sustained.

**No. 46887.**—Protest 898332–G of M. Pressner & Co. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel and on the authority of Abstract 40493 the claim at 45 percent under paragraph 409 was sustained.

**No. 46888.**—Protests 804469–G (A), etc., of Fish Schurman Corp. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel that the microscopic cover glass in question is similar to that the subject of *United States* v. *Clay Adams* (T. D. 48625) it was held dutiable at the appropriate rate according to area under the provisions of paragraph 219 as claimed.

**No. 46889.**—Protests 977701–G, etc., of R. H. Macy & Co., Inc. (New York).

Opinion by OLIVER, P. J. It was stipulated that the merchandise in question consisting of fancy woven luncheon table goods, fringed, linen and wool, wool chief value, is the same as the articles the subject of *Akawo* v. *United States* (6 Cust. Ct. 370, C. D. 498). In accordance therewith they were held dutiable at 90 percent under paragraph 1529 as claimed. The protests were overruled in all other respects.